UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA *et al.* <u>ex rel</u>. BRIAN BENNETT<br><br>Plaintiffs,<br><br>v.<br><br>US WORLDMEDS, LLC; SOLSTICE NEUROSCIENCES, LLC; QUINTILES TRANSNATIONAL CORP.; QUINTILES COMMERCIAL US, INC.; and THE ASSISTANCE FUND, INC.,<br><br>Defendants. | No. 3:13CV363 (SRU)<br><br><br><br><br><br><br><br><br><br>**[FILED UNDER SEAL]** |

**ORDER STAYING AND ADMINISTRATIVELY TERMINATING THIS ACTION, EXTENDING THE SEAL PERIOD, AND PARTIALLY LIFTING THE SEAL**

Upon consideration of the United States' Unopposed *Ex Parte* Application for an Order Staying and Administratively Terminating this Action, Extending the Seal Period, and Partially Lifting the Seal, with the consent of the State Plaintiffs and the relator, and for good cause having been shown, it is hereby:

**ORDERED** that without prejudice to the relator, the United States, or the State Plaintiffs, the above-captioned action be and hereby is stayed, but not dismissed, and that the Clerk of Court shall administratively terminate this action in her records, without prejudice to the right of any plaintiff in the above-captioned matter to administratively reopen these proceedings at any time, for any reason, on written notice to the Court; and it is further

**ORDERED** that in the event this matter is administratively reopened for any reason, the rights of the relator, the United States, and the State Plaintiffs in the above-captioned matter be

1

and are hereby fully preserved as they exist at the time of entry of this Order, including, but not limited to, rights under 31 U.S.C. § 3730(b), § 3730(e), and § 3731(b) and Conn. Gen. Stat. §§17b-301d, 17b-301i, 17b-301l; and it is further

**ORDERED** that the United States' *Ex Parte* Application for Partial Lifting of the Seal be and hereby is GRANTED; and it is further

**ORDERED** that the seal on the relator's complaint in this case be partially lifted, and the United States and the State Plaintiffs may, in their discretion, disclose the existence of, and allegations in, the complaint, redacted or otherwise, to all named defendants; to relators and counsel in any current or subsequently identified related *qui tam* matters; and to States that have authority to investigate the allegations set forth in the complaint; and it is further

**ORDERED** that the seal period provided by 31 U.S.C. § 3730(b)(2) and Conn. Gen. Stat. §17b-301d(b) is extended until such time as the United States and the State Plaintiffs have completed their investigation of the allegations in the complaint and decided whether or not to proceed with this action pursuant to 31 U.S.C. § 3730(b)(4) and Conn. Gen. Stat. §17b-301d(b); and it is further

**ORDERED** that the seal shall remain in place on all other filings in this case, and on the complaint for all other purposes and specifically shall apply to any counsel and relators to which disclosure is made under this Order, until further order of this Court.

**IT IS SO ORDERED** this _13th_ day of _June 2014_.

/s/ Stefan R. Underhill, USDJ
_____
HONORABLE STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE